FILED: October 1, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1657
(1:24-cv-00037-JPJ-PMS)

_____

TONY A. MESSER; KEVIN N. MUMPOWER; JANICE L. BOOHER; PATRICIA C. EADS; PHILIP E. BARBROW; BENJIE G. HICKS; KENDALL W. LUTTRELL; DARRELL G. MURRAY; DAVID A. STOVALL; DENNIS J. STILTNER; TIMOTHY M. WAMPLER; MICHAEL L. PARKER; CHARLES E. VESTAL; JIMMY AMBERGEY; DAVE S. BOOHER; LARRY RICHARDS, on behalf of themselves and on behalf of others similarly situated

   Plaintiffs - Appellants

v.

GARRISON INVESTMENT GROUP, LP; JOSEPH B. TANSEY; STEVEN SCOTT STUART; GIG GP LLC; JTSS BORROWER LLC; JOSHUA BRANDT; JULIAN WELDON; BRIAN STEVEN CHASE; GARRISON SPECIAL OPPORTUNITIES GP LLC; GARRISON COMMERCIAL FUNDING VIII LLC; GARRISON FINANCIAL ASSETS MM LLC; GARRISON SPECIAL OPPORTUNITIES HOLDINGS GP LLC; BCPI ACQUISITIONS, INC; GARRISON BRISTOL LLC; GARRISON BRISTOL HOLDINGS LLC

   Defendants - Appellees

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Joint appendix due: Filed 09/15/2025

Opening brief due: Filed as of 09/29/2025

Response brief due: 10/29/2025

Any reply brief: 21 days from service of response brief.

                                      For the Court--By Direction

                                      <u>/s/ Nwamaka Anowi, Clerk</u>